# UNITED STATES DISTRICT COURT
# IN THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | |
| | § | Case No. 2:12-cr-68 |
| ALEJANDRO MARTINEZ (# 20) | § | |
| CHASTINIQUE KEMP (#26) | § | |
| ALBERTO RAMON CASTELLANO (#35) | § | |

## ORDER GRANTING CONTINUANCE AND SETTING DEADLINES

On May 2, 2012, the Court held a hearing in the cases of Defendants Martinez, Kemp, and Castellano. On Defendant Kemp's motion, the Court grants a continuance to allow additional time for review of materials for trial and to allow Defendant Kemp to file further motions. Accordingly, jury selection will begin on May 15, 2012 at 8:30 a.m. The final pretrial conference is set for May 14, 2012 at 10:00 a.m. The Ellis Order deadline is set for May 14, 2012.

Further, the Court was orally advised that it can expect a motion to sever, which it understands will be unopposed. All motions must be filed by May 7, 2012. Any response by the government is due May 9, 2012. The Court orders any exculpatory evidence, including any statements and/or waiver of rights by Defendant Kemp, to be turned over before May 4, 2012 at noon.

For the purpose of the efficient administration of justice, Defendants Martinez and Castellano are joined in the above-set dates.

The Court finds a continuance in this matter is in the interests of justice and outweighs the best interest of the public and Defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7).

ORDERED this 3rd day of May, 2012.

_____
HAYDEN HEAD
SENIOR UNITED STATES DISTRICT JUDGE